566

No. 270. PRUDENCE Co., INC. *v.* FIDELITY & DEPOSIT Co. ET AL. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted, limited to the question of the measure of damages. *Mr. Alfred T. Davison* for petitioner. *Messrs. John W. Davis* and *Joseph F. Murray* for respondents.

No. 273. COMMONWEALTH TRUST COMPANY OF PITTSBURGH, TRUSTEE, ET AL. *v.* ATWOOD, RECEIVER. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit granted, limited to the question of jurisdiction and its appropriate exercise. *Mr. W. Denning Stewart* for petitioners. *Mr. John G. Frazer* for respondent.

No. 348. CITY OF LINCOLN ET AL. *v.* RICKETTS, TRUSTEE IN BANKRUPTCY. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted, limited to the question of the application of § 64b of the Bankruptcy Act. *Mr. Karl W. Kindleberger* for petitioners. *Mr. Allen W. Field* for respondent.

No. 439. RAND *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Mr. J. B. Faegre* for petitioner. *Solicitor General Reed* for respondent.

No. 494. DIBBLEE *v.* COMMISSIONER OF INTERNAL REVENUE. October 14, 1935. Petition for writ of certio-